UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**JOHN HANCOCK LIFE INSURANCE COMPANY,**
Plaintiffs

CIVIL NO. 05-1363(DRD)

v.

**GLORIA G. BENITEZ RIVERA,**
Defendant

## ORDER & JUDGMENT

Pending before the Court is plaintiffs and defendant's *Joint Informative Motion and to Request Cancellation of Initial Scheduling Conference*. (Docket No. 18). Through said motion, the parties inform the Court that they have reached a settlement which will dispose of all of plaintiff's claims. However, Banco Popular de Puerto Rico, as assignee of the life insurance policy object of the case, has consented to the settlement but only when it receives the settlement amount. Accordingly, the parties ask the Court for twenty (20) additional days to file the stipulation for voluntary dismissal in the instant case and to continue the Initial Scheduling Conference scheduled for today.

Provided that the parties have reached a meeting of the minds and have fully settled the case, the Court will now **DISMISS WITH PREJUDICE** all causes of action **AND ENTER JUDGMENT**, thus, closing the instant case. However, the Court will **GRANT** parties their requested extension **UNTIL MONDAY, APRIL 3, 2006** to file with the Court all settlement documentation. NO FURTHER EXTENSIONS WILL BE GRANTED. Once said documentation is filed with the Court, an Amended Judgment will be issued.

**IT IS SO ORDERED.**

**Date: March 13, 2006**

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**